**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN (READING) DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Joseph Daniel Lynch<br>&<br>Kathleen Marie Lynch<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 19-11769 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for U.S. Bank National Association, as trustee, in trust for the holders of MLMI Trust 2002-AFC1 Asset-Backed Certificates, Series 2002-AFC1 and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322