Certificate Number: 17082-PAE-DE-032644802

Bankruptcy Case Number: 19-11769



17082-PAE-DE-032644802

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 9, 2019, at 1:53 o'clock PM MST, KATHLEEN M LYNCH completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 9, 2019                By:  /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title:  Executive Director