United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph Daniel Lynch  
Kathleen Marie Lynch  
      Debtors

Case No. 19-11769-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Stacey      Page 1 of 1      Date Rcvd: Jul 19, 2019  
                         Form ID: 195      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.  
db          +Joseph Daniel Lynch,    4009 Portland Street,    Coplay, PA 18037-2227  
jdb         +Kathleen Marie Lynch,    4009 Portland Street,    Coplay, PA 18037-2227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:  
         CHARLES    LAPUTKA     on behalf of Joint Debtor Kathleen Marie Lynch claputka@laputkalaw.com,  
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         CHARLES    LAPUTKA     on behalf of Debtor Joseph Daniel Lynch claputka@laputkalaw.com,  
          jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com  
         MICHAEL H KALINER     mhkaliner@gmail.com, pa35@ecfcbis.com  
         MICHAEL H KALINER     on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
         REBECCA ANN SOLARZ     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, Et al.  
          bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                   TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re: : Chapter 7

Joseph Daniel Lynch and Kathleen Marie Lynch : Case No. 19−11769−jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , Jul 19, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

22
Form 195